■ In the Matter of RONNY BRET MINTZ (Admitted as R. BRET MINTZ), a Disbarred Attorney. [628 NYS2d 478] —Motion to confirm the Dissenting Report of the Hearing Panel recom-

mending that petitioner be reinstated as an attorney and counselor-at-law in the State of New York denied, and the Majority Report of the Hearing Panel recommending that petitioner's motion for reinstatement be denied is confirmed. No opinion. Concur—Sullivan, J. P., Rosenberger, Ross, Tom and Mazzarelli, JJ.